UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 13-18044 GMB

Debtor: Socorro R. Paz

| Check Number | Creditor | Amount |
|---|---|---|
| 1854971 | Ocwen Loan Servicing, LLC | 1888.81 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   August 6, 2014